AT CHARLOTTESVILLE, VA
FILED

APR 30 2020

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

RECEIVED
APR 29 2020
CENTRAL VIRGINIA REGIONAL JAIL
RECORDS DEPARTMENT

UNITED STATES OF AMERICA

v.  Criminal Action No. 3:19CR00014-001

DANIEL MCMAHON

In the presence of Jessica Phillips, my counsel, who has fully explained the charges contained in the Information against me, and having received a copy of the Information from the United States Attorney before being called upon to plead, I hereby plead guilty to said Information and count(s) One and Two thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

x_____
Signature of Defendant

4/30/2020
Date

_____
Witness